BEN DUPRE, Bar No. 231191
Dupre Law Firm, P.C.
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310
bendupre@gmail.com

Counsel for the Plaintiff, Miguel Bolanos

# UNITED STATES DISTRICT COURT

# OF NORTHERN DISTRICT OF CALIFORNIA

# (UNLIMITED DIVISION)

| | |
|---|---|
| MIGUEL BOLANOS, | Case No.: 5:14-cv-00228-PSG |
| Plaintiff, | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, DOES 1-10 | |
| Defendants. | |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Miguel Bolanos and Defendant Equifax Information Services, LLC. through their counsel of Record, that:

  1.  The above-captioned action, Case No. 5:14-cv-00228, is voluntarily dismissed, with prejudice, against the Defendant Equifax Information Services, LLC.

  2.  The parties stipulating here, Plaintiff and Defendant, shall be responsible for their own costs and attorneys' fees associated with this litigation.

///

///

1
STIPULATION TO DISMISS AND [PROPOSED] ORDER

DATED: March 13, 2014 **KING & SPALDING LLP**

By /s/ Kendra Lin Orr
Kendra Lin Orr, Attorney for Defendant
King & Spalding, LLP

DATED: March 13, 2014 **DUPRE LAW FIRM, P.C.**

By /s/ Ben E. Dupre[1]
Ben Dupre
Attorney for Plaintiff

## [PROPOSED] ORDER

The Court hereby adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date: 3/14/2014

_____
United States District Judge

---

[1] I, Ben Dupre, hereby attest that Kendra Orr concurs in the e-filing of this document.